IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILLER, | No. C 08-0176 MEJ |
| Plaintiff(s), | **ORDER RE: STATUS** |
| vs. | |
| OPERADORA DE HOTELES VILLA MEXICANA, | |
| Defendant(s). | |

This matter is currently scheduled for a case management conference on April 17, 2008. However, upon review of the docket, the Court notes that nothing has been filed since the complaint on January 10. Accordingly, the Court ORDERS Plaintiffs to file a status statement by April 16, 2008 at 12:00 p.m. If Plaintiffs need additional time to complete service, or the parties need additional time to file a joint case management statement and other necessary documents, they shall also file a motion to continue by April 16, 2008 at 12:00 p.m., in which case the status and motion should be filed jointly as a motion and proposed order.

**IT IS SO ORDERED.**

Dated: April 15, 2008

MARIA-ELENA JAMES
United States Magistrate Judge