Matthew C. Freeman, SBN 128530
LAW OFFICES OF FREEMAN & FREEMAN
2255 Challenger Way, Suite 119
Santa Rosa, CA 95407
Telephone: (707) 575-7141
Facsimile: (707) 575-4382

Attorneys for Plaintiffs
JERRI MILLER and ERIC MILLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRI MILLER and ERIC MILLER,<br><br>Plaintiffs,<br><br>vs.<br><br>OPERADORA DE HOTELES VILLA MEXICANA, S.A., a Corporation organized under the laws of Mexico; and DOES 1 through 100, inclusive,<br><br>Defendants.<br>_____/ | Case No. CV-08–0176 MEJ<br><br>**MOTION FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Current Date: April 17, 2008<br>Current Time: 10:00 a.m. |

Plaintiffs Jerri Miller and Eric Miller hereby move the Court for an order continuing the Initial Case Management Conference currently scheduled for April 17, 2008 for a period of 90 days, on the following grounds: The Defendant, Operadora De Hoteles Villa Mexicana, S.A. is Mexican corporation which operates a hotel in Zihuatanejo, Guerrero, México where Plaintiff Jerri Miller suffered severe personal injuries, many of which are not compensable, or minimally compensable, under Mexican law. Prior to this action being filed Plaintiffs had extensive settlement talks with Defendant's insurance defense counsel Luis Ruiz de Velasco, a partner at Baker & McKenzie's Mexico City office. However, Mr. Ruiz deVelasco has declined to accept service of process on behalf of his client's

1 insured. The official channel for service of process on foreign nationals,
2 established under the Hague Convention, requires an extended period of time to
3 effect service, and Plaintiffs are exploring alternative and more expeditious means
4 of effecting service. However, it is likely that service through the official
5 mechanisms will not be completed for at least another 45 days. Accordingly, in
6 order to allow time for service of process and filing of the virtually inevitable
7 challenge to jurisdiction by Defendant, Plaintiffs ask that the Initial Case
8 Management conference be continued for a period of approximately 90 days.

11 Dated: April 15, 2008                LAW OFFICES OF FREEMAN & FREEMAN

13                                       By: __*Matthew C. Freeman*_____
                                              Matthew C. Freeman
14                                            Attorneys for Plaintiffs
                                              JERRI MILLER and ERIC MILLER