1  Matthew C. Freeman, SBN 128530
   LAW OFFICES OF FREEMAN & FREEMAN
2  2255 Challenger Way, Suite 119
   Santa Rosa, CA 95407
3  Telephone:  (707) 575-7141
   Facsimile:  (707) 575-4382
4
   Attorneys for Plaintiffs
5  JERRI MILLER and ERIC MILLER

6

7              UNITED STATES DISTRICT COURT

8            NORTHERN DISTRICT OF CALIFORNIA

9

10

11  JERRI MILLER and ERIC MILLER,      Case No. CV-08–0176 MEJ

12     Plaintiffs,                     **ORDER CONTINUING INITIAL
                                       CASE MANAGEMENT
13          vs.                        CONFERENCE**

14  OPERADORA DE HOTELES VILLA         Current Date: April 17, 2008
    MEXICANA, S.A., a Corporation      Current Time: 10:00 a.m.
15  organized under the laws of Mexico; and
    DOES 1 through 100, inclusive,
16
       Defendants.
17  _____/

18

19        Plaintiffs Jerri Miller and Eric Miller having moved the Court for an order

20  continuing the Initial Case Management Conference currently scheduled for April

21  17, 2008 for a period of 90 days, and

22        GOOD CAUSE APPEARING,

23        IT IS HEREBY ORDERED that the Initial Case Management Conference

24  currently scheduled for April 17, 2008 shall be, and hereby is, continued to July 17,

25  2008.

26  Dated: April 16, 2008

27

28        _____
          MARIA ELENA JAMES
          United States Magistrate Judge