Matthew C. Freeman, SBN 128530
LAW OFFICES OF FREEMAN & FREEMAN
2255 Challenger Way, Suite 119
Santa Rosa, CA 95407
Telephone: (707) 575-7141
Facsimile: (707) 575-4382

Attorneys for Plaintiffs
JERRI MILLER and ERIC MILLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRI MILLER and ERIC MILLER,<br><br>Plaintiffs,<br><br>vs.<br><br>OPERADORA DE HOTELES VILLA MEXICANA, S.A., a Corporation organized under the laws of Mexico; and DOES 1 through 100, inclusive,<br><br>Defendants.<br>_____/ | Case No. CV-08–0176 MEJ<br><br>**MOTION FOR FURTHER CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Current Date: July 17, 2008<br>Current Time: 10:00 a.m. |

Plaintiffs Jerri Miller and Eric Miller hereby move the Court for an order continuing the Initial Case Management Conference currently scheduled for July 17, 2008 for a period of 90 days, on the following grounds: The Defendant, Operadora De Hoteles Villa Mexicana, S.A. is Mexican corporation which operates a hotel in Zihuatanejo, Guerrero, México where Plaintiff Jerri Miller suffered severe personal injuries, many of which are not compensable, or minimally compensable, under Mexican law. Prior to this action being filed Plaintiffs had extensive settlement talks with Defendant's insurance defense counsel Luis Ruiz de Velasco, a partner at Baker & McKenzie's Mexico City office. However, Mr. Ruiz deVelasco declined to accept service of process on behalf of his client's

1  insured.  More recently, Plaintiffs' counsel has been in dialogue with Lawrence W.
2  Newman of the New York office of Baker & McKenzie LLP, who is likely to be
3  litigation counsel for Defendant.  Settlement talks are ongoing, and a request has
4  also been made that Mr. Newman accept service of the complaint; that request has
5  been submitted to Mr. Newman's client for consideration.

6      The official channel for service of process on foreign nationals, established
7  under the Hague Convention, requires an extended period of time to effect service.
8  Plaintiff is informed that it is likely service through the official mechanisms will not
9  be completed for at least another 60-90 days.  As an alternative, Plaintiffs believe
10 that service in the manner provided for under Fed. R. Civ. Proc. 4(f)(2)(C)(ii) may
11 be a legally viable alternative and will seek leave of court to proceed in that manner
12 if Defendant's counsel does not agree, by July 24, 2008, to accept service of
13 process.

14     In order to allow time for service of process and filing of the virtually
15 inevitable challenge to jurisdiction by Defendant, Plaintiffs ask that the Initial Case
16 Management conference be continued for a period of approximately 90 days.

17
18
19 Dated: July 11, 2008            LAW OFFICES OF FREEMAN & FREEMAN
20
21
                                  By: ___*Matthew C. Freeman*___
22                                     Matthew C. Freeman
                                       Attorneys for Plaintiffs
23                                     JERRI MILLER and ERIC MILLER
24
25
26
27
28