1  Matthew C. Freeman, SBN 128530
   LAW OFFICES OF FREEMAN & FREEMAN
2  2255 Challenger Way, Suite 119
   Santa Rosa, CA 95407
3  Telephone:  (707) 575-7141
   Facsimile:  (707) 575-4382
4
   Attorneys for Plaintiffs
5  JERRI MILLER and ERIC MILLER

6

7              UNITED STATES DISTRICT COURT

8            NORTHERN DISTRICT OF CALIFORNIA

9

10

11  JERRI MILLER and ERIC MILLER,          Case No. CV-08–0176 MEJ

12       Plaintiffs,                       **ORDER CONTINUING INITIAL
                                           CASE MANAGEMENT
13           vs.                           CONFERENCE**

14  OPERADORA DE HOTELES VILLA             Current Date: July 17, 2008
    MEXICANA, S.A., a Corporation          Current Time: 10:00 a.m.
15  organized under the laws of Mexico; and
    DOES 1 through 100, inclusive,
16
         Defendants.
17  _____/

18

19       Plaintiffs Jerri Miller and Eric Miller having moved the Court for an order

20  continuing the Initial Case Management Conference currently scheduled for July

21  17, 2008 for a period of 90 days, and

22       GOOD CAUSE APPEARING,

23       IT IS HEREBY ORDERED that the Initial Case Management Conference

24  currently scheduled for July 17, 2008 shall be, and hereby is, continued to October

25  17, 2008.

26  Dated: July __14__, 2008

27

28  _____
    MARIA ELENA JAMES
    United States Magistrate Judge