Matthew C. Freeman, SBN 128530
LAW OFFICES OF FREEMAN & FREEMAN
2255 Challenger Way, Suite 119
Santa Rosa, CA 95407
Telephone:  (707) 575-7141
Facsimile:  (707) 575-4382

Attorneys for Plaintiffs
JERRI MILLER and ERIC MILLER

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRI MILLER and ERIC MILLER, | Case No. CV-08–0176 MEJ |
| Plaintiffs, | **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| vs. | |
| OPERADORA DE HOTELES VILLA MEXICANA, S.A., a Corporation organized under the laws of Mexico; and DOES 1 through 100, inclusive, | Current Date: July 17, 2008 Current Time: 10:00 a.m. |
| Defendants.                              / | |

Plaintiffs Jerri Miller and Eric Miller having moved the Court for an order

continuing the Initial Case Management Conference currently scheduled for July

17, 2008 for a period of 90 days, and

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that the Initial Case Management Conference

currently scheduled for July 17, 2008 shall be, and hereby is, continued to October

~~17~~, 2008.  16

Dated: July _____, 2008  14

_____
MARIA ELENA JAMES
United States Magistrate Judge