IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JERRI MILLER,                                              No. C 08-0176 MEJ

        Plaintiff(s),                              **ORDER TO SHOW CAUSE**

  vs.

OPERADORA DE HOTELES VILLA MEXICANA,

        Defendant(s).
                                                          /

      Plaintiffs Jeri Miller and Eric Miller ("Plaintiffs") filed the above captioned matter on January 10, 2008. Since then, the Court has twice granted Plaintiffs' requests to continue the scheduled Case Management Conference to allow for service of process, with the most recent continuance scheduling the C.M.C. on October 16, 2008. (Dkt. #9.) As of today, no case management statement or request for a continuance has been filed, and there is no indication on the docket that Defendant has been served. Accordingly, the Court VACATES the October 16, 2008 C.M.C. and ORDERS Plaintiffs to show cause why this case should not be dismissed for failure to prosecute. Plaintiffs shall file a declaration by October 23, 2008, and the Court shall conduct a hearing on October 30, 2008, at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

      **IT IS SO ORDERED.**

Dated: October 10, 2008

                                              MARIA-ELENA JAMES
                                              United States Magistrate Judge