IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRI MILLER, | No. C 08-0176 MEJ |
| Plaintiff(s), | **ORDER VACATING OSC** |
| vs. | **ORDER SCHEDULING CMC** |
| OPERADORA DE HOTELES VILLA MEXICANA, | |
| Defendant(s). | |

The Court is in receipt of the Declaration of Matthew C. Freeman, (Dkt. #11), filed in response to the October 10, 2008 Order to Show Cause in this matter. (Dkt. #10.) Good cause appearing, the Court VACATES the October 30, 2008 OSC hearing. The Court shall permit Plaintiffs a further opportunity to complete service of process, but warns them that service must be completed within a reasonable period of time. Accordingly, the Court shall conduct a Case Management Conference on January 22, 2009, at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. All deadlines in the January 10, 2008 scheduling order shall be adjusted accordingly. Plaintiffs are also reminded that chambers copies of all electronically-filed documents must be submitted by noon of the next business day.

**IT IS SO ORDERED.**

Dated: October 27, 2008

MARIA-ELENA JAMES
United States Magistrate Judge