IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JERRI MILLER,                                    No. C 08-0176 MEJ

         Plaintiff(s),                       **ORDER VACATING CMC**

   vs.

OPERADORA DE HOTELES VILLA MEXICANA,

         Defendant(s).
                                  /

       This matter is currently scheduled for a Case Management Conference on January 22, 2009. However, the Court notes that the defendant has made no appearance, and the Clerk of Court recently entered default against it. (Dkt. #16.) Accordingly, the Court hereby VACATES the January 22 C.M.C. Plaintiff shall file a motion for default judgment within 30 days from the date of this Order.

       **IT IS SO ORDERED.**

Dated: January 16, 2009                                  _____
                                                            MARIA-ELENA JAMES
                                                            United States Magistrate Judge