**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRI MILLER and ERIC MILLER,<br><br>　　　　Plaintiff(s),<br>　vs.<br><br>OPERADORA DE HOTELES VILLA MEXICANA,<br><br>　　　　Defendant(s).　　　　　　／ | No. C 08-0176 MEJ<br><br>**ORDER REQUESTING STATUS REPORT** |

On January 16, 2009, the Court ordered Plaintiffs in the above-captioned matter to file a motion for default judgment within 30 days. (Dkt. #17.) As the 30-day deadline has passed and no motion has been filed, the Court hereby ORDERS Plaintiffs to file a status report by March 9, 2009.

**IT IS SO ORDERED.**

Dated: February 27, 2009

　　　　　　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge