IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRI MILLER and ERIC MILLER,<br><br>        Plaintiff(s),<br><br>vs.<br><br>OPERADORA DE HOTELES VILLA MEXICANA,<br><br>        Defendant(s). | No. C 08-0176 MEJ<br><br>**SECOND ORDER TO SHOW CAUSE** |

On January 16, 2009, the Court ordered Plaintiffs in the above-captioned matter to file a motion for default judgment within 30 days. (Dkt. #17.) As no motion had been filed, the Court subsequently ordered Plaintiffs to file a status report by March 9, 2009. (Dkt. #19.) Plaintiffs have failed to comply with this order as well. The Court notes that this is part of a repeated pattern on Plaintiffs' part of failing to comply with court deadlines and failing to prosecute their case in general. (*See, e.g.* Dkt. ## 3, 10.)

Accordingly, the Court hereby ORDERS Plaintiffs to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines. Plaintiffs shall file a declaration by March 26, 2009, and the Court shall conduct a hearing on April 2, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: March 19, 2009

                                                MARIA-ELENA JAMES
                                                United States Magistrate Judge