IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JERRI MILLER and ERIC MILLER,

    Plaintiffs,

v.

OPERADORA DE HOTELES VILLA MEXICANA,

    Defendant.

No. C 08-00176 JSW

**ORDER TO SHOW CAUSE**

In an Order dated September 22, 2009, the Court set a further case management conference for October 16, 2009 at 1:30 pm. Plaintiffs were required to file a further case management conference statement by October 9, 2009 and to appear for the case management conference on October 16, 2009. Plaintiffs did neither. Therefore, Plaintiffs are HEREBY ORDERED TO SHOW CAUSE in writing no later than January 15, 2010, as to why this case should not be dismissed for failure to prosecute. Failure to respond to this Order by January 15, 2010 shall result in dismissal of this matter without prejudice.

**IT IS SO ORDERED.**

Dated: January 4, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE