**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JERRI MILLER and ERIC MILLER,

        Plaintiffs,

  v.

OPERADORA DE HOTELES VILLA MEXICANA,

        Defendant.

                                      /

No. C 08-00176 JSW

**ORDER (1) DISCHARGING ORDER TO SHOW CAUSE AND (2) SETTING CASE MANAGEMENT CONFERENCE**

The Court has received and considered Defendant's Response to the Order to Show Cause, issued on January 4, 2010. The Court HEREBY DISCHARGES the Order to Show Cause. The Court SETS a further case management conference for April 30, 2010 at 1:30 p.m. An updated case management statement shall be filed by no later than April 23, 2010.

**IT IS SO ORDERED.**

Dated: March 23, 2010

                                        JEFFREY S. WHITE
                                        UNITED STATES DISTRICT JUDGE