**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JERRI MILLER and ERIC MILLER,

    Plaintiffs,

  v.

OPERADORA DE HOTELES VILLA MEXICANA,

    Defendant.

No. C 08-00176 JSW

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

This matter is set for an initial case management conference on February 18, 2011. Plaintiffs have filed a case management conference statement representing to the Court that service of process has not been completed and that Plaintiffs are attempting to comply with procedural requirements for service in Mexico. (Doc. no. 45.) For good cause shown, the initial case management conference is continued to June 24, 2011, at 1:30 p.m. in Courtroom 11, 19th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California. The parties must file a joint case management conference statement by no later than June 17, 2011. Any requests to continue the case management conference must be accompanied by a declaration, under oath, setting forth the reasons for requesting the continuance and a proposed order.

**IT IS SO ORDERED.**

Dated: February 15, 2011

                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE